UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:26-CR- 38 |
| | : | |
| v. | : | |
| | : | (Judge NEARY ) |
| MATTHEW BAIR, | : | |
| Defendant. | : | FILED UNDER SEAL |

## I N D I C T M E N T

THE GRAND JURY CHARGES:

**FILED**
HARRISBURG, PA

MAR 0 4 2026

PER ___IBR___
DEPUTY CLERK

### COUNT 1
18 U.S.C. § 922(g)(1)
(Unlawful possession of firearm)

On or about February 28, 2025, in York County, within the Middle District of Pennsylvania, the defendant,

## MATTHEW BAIR,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce, a firearm, that is, an Aero Precision rifle and a Ruger pistol.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

FOREPERSON

CARLO D. MARCHIOLI
Assistant United States Attorney

3/4/26

Date