## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26-CR- 38 |
| | : | |
| v. | : | (Judge NEART    ) |
| | : | |
| MATTHEW BAIR, | : | FILED |
| Defendant. | : | HARRISBURG, PA |

MAR 0 4 2026

PER_____ISR_____
DEPUTY CLERK

### ORDER FOR WARRANT

AND NOW, on this 4th day of March, 2026, upon

request of the United States Attorney for the Middle District of

Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-

named defendant.

IT IS FURTHER ORDERED that at the time service of the

warrant is made, the United States Marshal also serves upon the

defendant a certified copy of the Indictment in the above-named case.

_____
[ ] U.S. DISTRICT JUDGE
[ ] U.S. MAGISTRATE JUDGE