# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>MATTHEW BAIR | )<br>)<br>)<br>)<br>)<br>) | Case No. 1:26-CR-0038 |
| _____<br>*Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Matthew Bair                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Unlawful Possession of Firearm.

Date:      03/04/2026                                                                s/Anita A. Arledge
                                                                                         *Issuing officer's signature*

City and state:      Harrisburg, PA                                     Anita A. Arledge, deputy clerk
                                                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____                                 _____<br>                                                                        *Arresting officer's signature*<br><br>                                                                        _____<br>                                                                        *Printed name and title* |