**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA　　:　　CRIMINAL NO. 1:26-CR-0038-01

             :

          v.　　　　　　　　　:

             :

MATTHEW BAIR,　　　　　　　:

             :

       Defendant　　　　:

**FILED**
HARRISBURG, PA

MAR 1 1 2026

PER _____ KJN _____

DEPUTY CLERK

**PLEA**

AND NOW, this ___11th___ day of ___March___, 2026, the within named defendant, hereby enters a plea of ___Not Guilty___ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)