**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:26-CR-00038-01 |
| | : |
| v. | : (Judge Neary) |
| | : |
| | : |
| MATTHEW BAIR | : |
| | : |
| Defendant | : |

## SCHEDULING ORDER

AND NOW, this 11TH day of March 2026, it is hereby ORDERED that:

1. Jury selection and trial shall commence at **9:30 a.m. on May 4, 2026.**

2. Pretrial motions, except for motions *in limine* and except for good cause shown, shall be filed no later than four weeks before trial.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania