IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      Criminal No. 1:26-CR-00038

     : 

       v.      :      (Judge Neary)

     : 

MATTHEW BAIR      :      (Electronically Filed)

**MOTION TO REVOKE DETENTION**

AND NOW, comes the Defendant, Matthew Bair, by his attorney Beatrice F. Diehl, Esquire, of the Federal Public Defender's Office, and files this Motion to Revoke Detention, and in support thereof avers as follows:

1. By Indictment filed on March 4, 2026, the Defendant was alleged to have committed one count of one count of unlawful possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

2. On March 11, 2026, Mr. Bair appeared before the Honorable Daryl F. Bloom and entered a plea of not guilty to the Indictment.

3. Contemporaneously with that initial appearance, the government filed a Motion to Detain Mr. Bair based on the charge as permitted by the Bail Reform Act. (Doc. 9). A detention hearing was held the same day, and Mr. Bair was ordered detained (Doc. 15).

4.    Mr. Bair is not a flight risk as the government agreed. This is not a presumption case and Mr. Bair is not a danger to society. The government failed to meet its burden to show why no condition or combination of conditions could reasonably assure the safety of the community. Mr. Bair has a third-party custodian and significant ties to the community.

5.    Through specific conditions, Mr. Bair can be released reasonably assuring the safety of the community.

6.    A brief is being filed simultaneously with this Motion in accordance with M.D. Local Rule 7.5.

WHEREFORE, for the foregoing reasons, Matthew Bair asks This Honorable Court to revoke his detention order and allow his release on bond with specific conditions.

Respectfully submitted,

Date: March 27, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA319331
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881

*Beatrice_diehl@fd.org*
*Attorney for Matthew Bair*

# **CERTIFICATE OF SERVICE**

I, Beatrice F. Diehl, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Motion to Revoke Detention**, via Electronic Case Filing, or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, addressed to the following:

Carl Marchioli, Esquire
U.S. Attorney's Office
Carlo.d.marchioli@usdoj.gov

Date: March 27, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA319331
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*Beatrice_diehl@fd.org*
*Attorney for Matthew Bair*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     Criminal No. 1:26-CR-00038

        :

      v.     :     (Judge Neary)

        :

MATTHEW BAIR     :     (Electronically Filed)

## CERTIFICATE OF NONCONCURRENCE

I, Beatrice F. Diehl, Esquire, of the Federal Public Defender's Office, do

hereby certify that Assistant United States Attorney Carl Marchioli, Esquire, does

not concur in the foregoing Motion to Reconsider Detention.

Date: March 27, 2026        */s/ Beatrice F. Diehl*
                           BEATRICE F. DIEHL, ESQUIRE
                           Assistant Federal Public Defender
                           Attorney ID #PA319331
                           100 Chestnut Street, Suite 306
                           Harrisburg, PA 17101
                           Tel. No. (717) 782-2237
                           Fax No. (717) 782-3881
                           *Beatrice_diehl@fd.org*
                           *Attorney for Matthew Bair*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00038 |
| | : | |
| v. | : | (Judge Neary) |
| | : | |
| MATTHEW BAIR | : | (Electronically Filed) |

## **ORDER OF COURT**

AND NOW, this _____ day of March 2026, after consideration of the

within Motion to Revoke Detention **IT IS HEREBY ORDERED** that a detention

hearing will be held on _____, 2026, at _____ __.m.,

Courtroom No. _____, Sylvia H. Rambo U.S. Courthouse.


BY THE COURT:


_____
KELI M. NEARY, JUDGE
United States District Court

6