# SCORING SHEET – SCORED ONLY

**1.0 CRIMINAL HISTORY & CURRENT OFFENSE:**

1.1. NUMBER OF FELONY CONVICTIONS

    0=NONE
    1=ONE TO FOUR
    2=FIVE OR MORE

1.2. PRIOR FTAS

    0=NONE
    1=ONE
    2=TWO OR MORE

1.3. PENDING FELONIES OR MISDEMEANORS

    0=NONE
    1=ONE OR MORE

1.4. CURRENT OFFENSE TYPE

    0=THEFT/FRAUD, VIOLENT, OTHER
    1=DRUG, FIREARMS, OR IMMIGRATION

1.5. OFFENSE CLASS

    0=MISDEMEANOR
    1=FELONY

1.6. AGE AT INTERVIEW

    0=47 OR ABOVE
    1=27 TO 46
    2=26 OR YOUNGER

**2.0 OTHER FACTORS:**

2.1 HIGHEST EDUCATION

    0=COLLEGE DEGREE
    1=HIGH SCHOOL DEGREE, VOCATIONAL, SOME COLLEGE
    2=LESS THAN HIGH SCHOOL OR GED

2.2 EMPLOYMENT STATUS

    CIRCLE APPROPRIATE ITEM BELOW AND RECORD SCORE IN BOX
    0=EMPLOYED FULL TIME
    0=EMPLOYED PART TIME
    0=DISABLED AND RECEIVING BENEFITS
    1=STUDENT/HOMEMAKER
    1=UNEMPLOYED
    1=RETIRED, ABLE TO WORK

2.3 RESIDENCE

    0=OWN/PURCHASING
    1=RENT, NO CONTRIBUTION, OTHER, NO PLACE TO LIVE

2.4 CURRENT DRUG PROBLEMS

    1=YES
    0=NO

2.6 CITIZENSHIP STATUS

    0=US CITIZEN
    1=LEGAL OR ILLEGAL ALIEN

**TOTAL OTHER**

**TOTAL SCORE [ITEMS 1.1 – 2.7(G)]**

| Risk Category | Risk Score |
|---|---|
| Category 1 | 0-4 |
| Category 2 | 5-6 |
| Category 3 | 7-8 |
| Category 4 | 9-10 |
| Category 5 | 11+ |