IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00038 |
| | : | |
| v. | : | (Judge Neary) |
| | : | |
| MATTHEW BAIR | : | (Filed Electronically) |

**MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE
AND TO CONTINUE JURY SELECTION AND TRIAL**

AND NOW comes the Defendant, Matthew Bair, by his attorney Beatrice F. Diehl, Esquire, of the Federal Public Defender's Office, and files this Motion, averring as follows:

1.     By Indictment filed March 4, 2026, Matthew Bair was charged with unlawful possession of firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 1).

2.     On March 11, 2026, Mr. Bair appeared before Magistrate Judge Daryl F. Bloom at which time he entered a plea of not guilty, and the Federal Public Defender's Office was appointed to represent him.

3.     Pretrial motions are due on or before April 6, 2026, and jury selection and trial are scheduled for May 4, 2026.

4.     Undersigned counsel needs additional time to review discovery and discuss disposition with Mr. Bair. As such, it is respectfully requested that the deadline for filing pretrial motions be continued for **thirty (30) days** and that jury selection and trial be scheduled thereafter.

5.    Assistant United States Attorney Carlo D. Marchioli, Esquire, concurs in the foregoing motion.

WHEREFORE, the Defendant, Matthew Bair, respectfully requests that this Honorable Court grant his Motion to Continue Pretrial Motions Deadline and to Continue Jury Selection and Trial.

Respectfully submitted,

Date:  April 6, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA 17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org
*Attorney for Matthew Bair*

## <u>CERTIFICATE OF SERVICE</u>

I, Beatrice F. Diehl, Esquire, Assistant Federal Public Defender, do hereby certify that I served a copy of the foregoing **Motion to Continue Pretrial Motions Deadline and to Continue Jury Selection and Trial**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

CARLO D. MARCHIOLI, ESQUIRE
*Carlo.D.Marchioli@usdoj.gov*


MATTHEW BAIR


Respectfully submitted,

Date:  April 6, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA 17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org
*Attorney for Matthew Bair*