AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA

APR 23 2026

PER _____

DEPUTY CLERK

| United States of America | ) | |
| v. | ) | |
| MATTHEW BAIR | ) | Case No.   1:26-CR-0038 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

         **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Matthew Bair                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

   Unlawful Possession of Firearm.

EC'D USMS M/PA HBG
26 MAR 5 9:39

| | |
|---|---|
| Date:      03/04/2026 | s/Anita A. Arledge |
| | *Issuing officer's signature* |
| City and state:      Harrisburg, PA | Anita A. Arledge, deputy clerk |
| | *Printed name and title* |

| Return |
|---|
| This warrant was received on *(date)* 03-5-26 , and the person was arrested on *(date)* 03-11-26 at *(city and state)* Windsor PA . |
| Date: 03-11-26                                    _Darel Wright_ |
|                                                     *Arresting officer's signature* |
|                                                     SA Darrel Wright |
|                                                     *Printed name and title* |