IN THE UNITED STATES DISTRICT COURT<br>
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00038 |
| | : | |
| v. | : | (Judge Neary) |
| | : | |
| MATTHEW BAIR | : | (Filed Electronically) |

**MOTION TO CONTINUE HEARING**

AND NOW comes the Defendant, Matthew Bair, by his attorney Beatrice F. Diehl, Esquire, of the Federal Public Defender's Office, and files this Motion, averring as follows:

1.     By Indictment filed March 4, 2026, Matthew Bair was charged with unlawful possession of firearm, in violation of 18 U.S.C. § 922(g)(1) (Count 1).

2.     On March 11, 2026, Mr. Bair appeared before Magistrate Judge Daryl F. Bloom at which time he entered a plea of not guilty, and the Federal Public Defender's Office was appointed to represent him.

3.     Contemporaneously with that initial appearance, the government filed a Motion to Detain Mr. Bair based on the charge as permitted by the Bail Reform Act. (Doc. 9). A detention hearing was held the same day, and Mr. Bair was ordered detained (Doc. 15).

4.     On March 27, 2026, Mr. Bair filed a motion to revoke detention. (Doc. 19). The Court set a date for a hearing on the motion set for April 30, 2026.

5. Late in the evening of April 28, 2026, counsel learned that Mr. Bair's intended third-party custodian would no longer be a viable option. Counsel needs time to put together a release plan with a new third-party custodian. Delaying the hearing for counsel to prepare such a plan would best meet the interests of justice and judicial efficiency.

6. Assistant United States Attorney Carlo D. Marchioli, Esquire, concurs in the foregoing motion.

WHEREFORE, the Defendant, Matthew Bair, respectfully requests that this Honorable Court grant his Motion to Continue the Hearing on his Motion to Revoke Detention.

Respectfully submitted,

Date: April 29, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA 17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org
*Attorney for Matthew Bair*

# CERTIFICATE OF SERVICE

I, Beatrice F. Diehl, Esquire, Assistant Federal Public Defender, do hereby certify that I served a copy of the foregoing **Motion to Continue Hearing** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

CARLO D. MARCHIOLI, ESQUIRE
*Carlo.D.Marchioli@usdoj.gov*

MATTHEW BAIR

Respectfully submitted,

Date: April 29, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA 17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org
*Attorney for Matthew Bair*

| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00038 |
| | : | |
| v. | : | (Judge Neary) |
| | : | |
| MATTHEW BAIR | : | (Filed Electronically) |

## CERTIFICATE OF CONCURRENCE

I, Beatrice F. Diehl, Esquire, Assistant Federal Public Defender, do hereby certify that Assistant United States Attorney Carlo D. Marchioli, Esquire, concurs in the foregoing Motion to Continue Hearing.

Respectfully submitted,

Date: April 29, 2026

*/s/ Beatrice F. Diehl*
BEATRICE F. DIEHL, ESQUIRE
Asst. Federal Public Defender
Attorney ID# FL0124667
100 Chestnut Street, Third Fl.
Harrisburg, PA 17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
Beatrice_Diehl@fd.org
*Attorney for Matthew Bair*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     Criminal No. 1:26-CR-00038
          :
         v.     :     (Judge Neary)
          :
MATTHEW BAIR     :     (Filed Electronically)

## **ORDER**

AND NOW, this _____ day of April 2026, upon consideration of the defendant's motion to continue the hearing on counsel's motion to revoke detention, which is concurred in by counsel for the government, and the court, adopting the reasons set forth in the motion, finding that a continuance is warranted for the purpose of affording defense counsel additional time to determine a home plan it is hereby ORDERED that:

1.     The motion (Doc. _____) to continue is GRANTED. A hearing on the revocation of detention motion in the above-captioned matter scheduled for April 30, 2026, are CONTINUED to _____, 2026, in Courtroom No. 7A, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

_____
KELI M. NEARY
United States District Judge